UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANTOS TECUAPA (A-Number: 222-597-486),<br>Petitioner,<br>v.<br>WARDEN OF CENTRAL VALLEY ANNEX DETENTION FACILITY,<br>Respondents. | No. 1:26-cv-07654-KES-EPG (HC)<br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND ORDERING BOND HEARING WITHIN TEN (10) DAYS<br>Doc. 1 |

Petitioner Jose Santos Tecuapa is an immigration detainee proceeding pro se with a petition for writ of habeas corpus and motion for temporary restraining order. Docs. 1, 4.

Petitioner is a Mexican citizen who entered the United States on an H2-A, temporary agricultural worker visa, in May 2019. Doc. 9 at 1. Petitioner overstayed his visa and was taken into ICE custody in August 2026 following an arrest in Utah on state criminal charges in July 2026. *Id.* at 1-2, 7. "Respondents do not dispute that Petitioner is entitled to receive a custody re-determination hearing under section 1226(a) and its implanting regulations." Doc. 9 at 3. But respondents do not indicate that petitioner has received a bond hearing. Docs. 1, 4, 9. Respondents argue that "[p]etitioner should be required to exhaust his administrative remedy before filing a habeas petition." Doc. 9 at 4. But by filing the instant petition for habeas corpus,

petitioner is affirmatively seeking a custody redetermination. Respondents concede that "the petition for writ of habeas corpus can be construed as Petitioner's request for a hearing." *Id.*

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondents are ORDERED to provide petitioner Jose Santos Tecuapa (A-Number: 222-597-486) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within ten (10) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within ten (10) days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve Central Valley Annex with a copy of this Order.

IT IS SO ORDERED.

Dated: October 7, 2026

UNITED STATES DISTRICT JUDGE